■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH MCJURY, Appellant. [653 NYS2d 889] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Pine, Lawton, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SNOWDEN, Appellant. [653 NYS2d 890] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Pine, Lawton, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID INGLUT, Appellant. [653 NYS2d 889] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Sexual Abuse, 1st Degree.) Present—Denman, P. J., Pine, Lawton, Doerr and Balio, JJ.

■ NICHOLAS LYNAM et al., Respondents, v BETTY SIGETI et al., Defendants, and MARY SODA et al., Appellants. [653 NYS2d 890] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Flaherty, J. (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Dismiss Complaint.) Present—Denman, P. J., Pine, Lawton, Doerr and Balio, JJ.

■ ANN BROWN, Individually and as Administratrix of the Estate of LINDA S. YALEM, Deceased, Appellant, v STATE OF NEW YORK et al., Respondents. (Claim No. 82740.) [653 NYS2d 908] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, McMahon, J. (Appeal from Order of Court of Claims, McMahon, J.—Summary Judgment.) Present—Denman, P. J., Pine, Lawton, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD PILGRIM, Appellant. [653 NYS2d 897] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Attempted Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.